UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JULIE GREEN, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) No. 4:17-CV-00844-NCC |
| BROKER SOLUTIONS, INC., et al., | ) ) ) |
| Defendant(s). | ) ) ) |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Noelle C. Collins to District Judge Ronnie L. White.

April 10, 2017
Date

*Gregory J. Linhares            /*
Clerk of Court

By:  /s/ Kinica Battle            /
KINICA BATTLE
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:17-CV-00844-RLW**